Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ingrid Quinonez Rodenas

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INGRID QUINONEZ RODENAS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: CV 11-8289 SP<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($410.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 29, 2012

/s/   Sheri Pym
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

   /s/ *Lawrence D. Rohlfing*
3  _____
   Lawrence D. Rohlfing
4  Attorney for plaintiff Ingrid Quinonez Rodenas

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26